

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

-----

UNITED STATES OF AMERICA

Plaintiff,

vs.

SAMANTHA CARROLL

Defendant.

4:04CR40012-001

ORDER VACATING ORDER TO SHOW CAUSE

-----

Pursuant to the Ex Parte Motion of the Government, and good cause appearing therefor, it is hereby

ORDERED that the Order to Show Cause filed February 1, 2010 is vacated and the hearing set for 2:00 p.m. on February 11, 2010 is cancelled.

DATED: FEB. 10, 2010

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT COURT JUDGE

ATTEST:

JOSEPH A. HAAS, Clerk of the Court

by _____
Deputy